1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CHANGE LENDING, LLC, | Case No.:  SACV 23-1626 JVS (PVCx) |
|---|---|
| Plaintiff, | **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE [8]** |
| v. | |
| UNITED STATES DEPARTMENT OF TREASURY, COMMUNITY DEVELOPMENT FINANCIAL INSTITUTIONS FUND | |
| Defendant. | |

# ORDER

The Court has considered Plaintiff CHANGE LENDING, LLC's ("Change Lending") Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Application"), and the Declaration and Memorandum in support thereof, and having considered the requirements for issuance of a temporary restraining order, <u>eBay Inc. v. MercExchange, L.L.C.</u>, 547 U.S. 388, 391 (2006) and having found satisfaction, and there being no opposition:

**IT IS HEREBY ORDERED** that Defendant UNITED STATES DEPARTMENT OF TREASURY, COMMUNITY DEVELOPMENT FINANCIAL INSTITUTIONS FUND ("CDFI Fund") and all of its representative agents, employees, or attorneys, shall and hereby are restrained and enjoined from implementing or enforcing its determination to decertify Change Lending as a Community Development Financial Institution as set forth in its notice of decertification dated August 17, 2023.

**IT IS HEREBY ORDERED** the Change Lending shall effect service on the CDFI Fund of the Application, all supporting papers, and the Complaint no later than 6 p.m. PDT September 5, 2023, and shall file proof thereof no later than September 7, 2023;

**IT IS HEREBY ORDERED** that CDFI Fund may file any opposition to the Application no later than noon PDT September 11, 2023;

**IT IS HEREBY ORDERED** that Change Lending may make any further filing in support of the Application no later than 9 am. PDT September 14, 2023;

**IT IS HEREBY ORDERED** that all service shall be personal or electronic;

**IT IS FURTHER ORDERED** that the parties shall appear at 9:00 a.m. PDT on September 15, 2023, before the Honorable James V. Selna in Courtroom 10C located at 411 W. 4th Street, Santa Ana, CA 92701 to show cause why Defendant CDFI Fund and all of its representative agents, employees, or attorneys, should not be preliminarily enjoined from implementing or enforcing its determination to decertify Change Lending as a Community

Development Financial Institution as set forth in its notice of decertification dated August 17, 2023.

**IT IS SO ORDERED.**

Dated: September 1, 2023

_____
The Honorable James V. Selna
United States District Judge