UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGE LENDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, COMMUNITY DEVELOPMENT FINANCIAL INSTITUTIONS FUND,<br><br>Defendant. | Case No. 8:23-cv-01626-JVS-PVC<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINES [14]** |

Pursuant to the Stipulation filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the deadlines for briefing on Plaintiff's *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF 8) ("Application") shall be extended as follows: (i) CDFI Fund shall file their opposition, if any, to the Application by November 17, 2023, extended from September 11, 2023; (ii) Change Lending may make any further filing in support of the Application by December 1, 2023, extended from September 14, 2023; and (iii) the parties shall appear for a hearing on the Application **on December 11, 2023 at 1:30 p.m.**

1     IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' deadline for responsive pleadings shall run from the date of the Court's entry of an order on the preliminary injunction (with Defendant afforded 30 days to respond to the Complaint (ECF 1) from any such preliminary injunction order date), or as otherwise ordered by the Court.

    IT IS FURTHER ORDERED that, as the Defendant has exercised its discretion to consent to the extension, and the extension will allow additional time for the Defendant to respond to Plaintiff's communications disputing decertification, the Court's September 1, 2023, Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF 11) shall remain in effect until such time as the Court rules on the preliminary injunction.

    IT IS FURTHER ORDERED that, consistent with the issued TRO, CDFI Fund's actions do not prohibit Plaintiff from continuing to make loans to consumers and there shall be no actions taken by the Parties to retroactively decertify Plaintiff for the period covered by the TRO or this Agreement. For clarity such period shall end based on a resolution of this matter by the Parties or a ruling by the Court on the Preliminary Injunction.

IT IS SO ORDERED.

DATED: September 11, 2023

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE