SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
jcontreras@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 299-5500
Facsimile: (310) 299-5600

MONA Z. HANNA (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone: (714) 557-7990
Facsimile: (714) 557-7991
*Attorneys for Plaintiff*
CHANGE LENDING, LLC.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
DIANE KELLEHER
Assistant Director, Federal Programs Branch

CLAYTON L. BAILEY (D.C. Bar #1644867)
clayton.l.bailey@usdoj.gov
JEREMY S.B. NEWMAN
(D.C. Bar. #1024112)
jeremy.s.newman@usdoj.gov
Trial Attorneys
**U.S. Department of Justice**
**Civil Division, Federal Programs Branch**
1100 L Street, N.W., Room 12507
Washington, DC 20005
Telephone: (202) 598-1226
Facsimile: (202) 616-8470

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANGE LENDING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF TREASURY, COMMUNITY DEVELOPMENT FINANCIAL INSTITUTIONS FUND.<br><br>Defendant. | Case No.: 8:23-cv-01626<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Change Lending, LLC, and the United States Department of Treasury, Community Development Financial Institutions Fund (collectively "Parties"), by and through their respective attorneys as follows:

The Parties having reached an agreement to settle this action, it is hereby STIPULATED and agreed by and between the Parties and their respective counsel that the above-captioned action and all claims asserted therein are voluntarily dismissed with prejudice. All Parties shall bear their own costs and attorneys' fees.

**MICHELMAN & ROBINSON, LLP**

Date: November 16, 2023

By: /s/ *Sanford L. Michelman*
Sanford L. Michelman
Mona Z. Hanna
Marc R. Jacobs
Jesse J. Contreras
Attorneys for Plaintiff
CHANGE LENDING, LLC

By: /s/ *Clayton L. Bailey*

Clayton L. Bailey
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

Attorney for the United States

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**MICHELMAN & ROBINSON, LLP**

Date: November 16, 2023

By: /s/ *Marc Jacobs*
Marc R. Jacobs
Attorney for Plaintiff
CHANGE LENDING, LLC