JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGE LENDING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF TREASURY, COMMUNITY DEVELOPMENT FINANCIAL INSTITUTIONS FUND.<br><br>Defendant. | Case No.: 8:23-cv-01626<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

**ORDER ON STIPULATION OF DISMISSAL**

## ORDER

The Court having received and reviewed the Parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41, it is hereby ORDERED that this action is dismissed in its entirety with prejudice as to all Parties and all causes of actions.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____
Hon. James V. Selna
U.S. District Court Judge